157 So. 911

**ALABAMA, TENNESSEE & NORTHERN R. CO. v. Percy M. SMITH et al.**

2 Div. 19.

Supreme Court of Alabama.
Nov. 1, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

157 So. 911

**ALABAMA UTILITIES SERVICE CO. v. B. G. MORGAN.**

4 Div. 767.

Supreme Court of Alabama.
Nov. 6, 1934.

PER CURIAM.
Appeal dismissed by appellant.

157 So. 911

**BIRMINGHAM ELECTRIC CO. v. Charles LEE.**

6 Div. 564.

Supreme Court of Alabama.
Nov. 27, 1934.

Lange, Simpson & Brantley, of Birmingham, for appellant.
John C. Arnold and Fitts & Fitts, all of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

156 So. 911

**BIRMINGHAM ELECTRIC CO. v. Sarah Inez SPARKS.**

6 Div. 542.

Supreme Court of Alabama.
Oct. 4, 1934.

Lange, Simpson & Brantley, of Birmingham, for appellant.
John W. Altman, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

155 So. 915

**Buster BROWN v. STATE.**

7 Div. 225.

Supreme Court of Alabama.
June 14, 1934.

PER CURIAM.
Appeal dismissed by appellant.

157 So. 911

**Lucien P. BURNS v. Myrtis C. BURNS, Adm'x.**

2 Div. 47.

Supreme Court of Alabama.
Oct. 30, 1934.

See, also, 228 Ala. 61, 152 So. 48.

PER CURIAM.
Appeal dismissed by appellant.